# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUN A. ROSE, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 10-cv-324-DRH ) |
| SGT. M. RINGERLING, | ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

    This matter is before the Court for docket control.

    The instant petition for a writ of habeas corpus filed by inmate Shaun A. Rose was transferred to this Court from the United States District Court for the Central District of Illinois. Shortly after the petition was transferred to this Court, the Clerk of Court received a letter signed by "John Coffey" purporting to express Rose's desire to voluntarily withdraw the instant action. *See* (Doc. 9). It appears that Mr. Coffey is a fellow inmate who is attempting to assist Rose with this matter. Even if that were true, Mr. Coffey cannot sign pleadings or notices for Rose. As a *pro se* litigant, Rose must sign all documents himself. Fed. R. Civ. P. 11(a). Consequently, if Rose wishes to voluntarily dismiss the instant petition for a writ of habeas corpus, then Rose must so inform the Court in a writing signed by him (not by Coffey).

    Based on Coffey's representations in his letter, it appears that Rose may desire to withdraw this case. Accordingly, **IT IS HEREBY ORDERED** that if Rose desires to voluntarily dismiss this action, then within **FIFTEEN** (15) days of the date of this Memorandum and Order, Rose shall file

a notice of dismissal bearing Rose's original signature. If Rose fails to file a notice of dismissal containing his original signature within the time specified, then the Court will proceed with a review of the instant habeas corpus action. Such a review and disposition may effect Rose's ability to pursue habeas corpus relief in the future.

**IT IS SO ORDERED.**

**DATED:** August 12, 2010

/s/   DavidRHerndon
**DISTRICT JUDGE**