IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAUN A. ROSE,

Petitioner,

v.

GUY PIERCE,

Defendant.                                            No. 10-CV-0324-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on motion to dismiss as time-barred Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on December 3, 2010, the motion to dismiss is **GRANTED** and this petition is **DISMISSED** with prejudice.-----------------------------------------------------------

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: December 3, 2010

David R. Herndon
2010.12.03
16:09:46 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT